IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA SUAREZ-TORRES, ET AL.,

    Plaintiffs,

v.

LOS RIOS PEREZ REALTY, LLC, ET AL.,

    Defendants.

CIVIL NO.: 16-1848 (MEL)

**JUDGMENT**

In light of the court's order (ECF No. 34) granting plaintiffs' motion for voluntary dismissal, the court hereby enters judgment dismissing with prejudice the complaint.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 27th day of July, 2017.

                                            s/Marcos E. López
                                            U.S. Magistrate Judge